**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                     Petitioners,                  19 **CIVIL** 2571 (PGG)

     -against-                                 **JUDGMENT**

TRAGER CONSTRUCTION, LLC and
TRAGER SOLUTIONS INC.

                    Respondents.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 10, 2021, the Petition to confirm the arbitration award is granted; the arbitration award in the amount of (1) $360,080.96 as against Respondent Trager Construction, LLC is confirmed, with interest accruing at 7% as of November 8, 2018, until the entry of judgment in the amount of $69,470.96, and (2) $99,700.80 against Respondent Trager Solutions Inc., with interest accruing at 7% as of November 8, 2021, until the entry of judgment in the amount of $19,235.43, plus $1,742.50 in attorneys' fees and $475 in costs, split evenly between the two Respondents. Post-judgment interest on the entire amount will accrue from the date of judgment is entered, at a rate provided by 28 U.S.C. § 1961(a); judgment is hereby entered against Respondent Trager Construction LLC in the total sum of $430,660.67, and against Trager

Solutions Inc. in the total sum of $120,044.98; accordingly, this case is closed.

**Dated:**  New York, New York
August 10, 2021

                                                 **RUBY J. KRAJICK**
                                                    _____
                                                    **Clerk of Court**
                     **BY:**  _____
                                                     **Deputy Clerk**